**David WARD, Plaintiff–Appellant,**

v.

**Lawrence H. SUMMERS, Secretary of the Treasury, Defendant–Appellee.**

No. 00–2447.

United States Court of Appeals,
Fourth Circuit.

Submitted June 29, 2001.

Decided Aug. 1, 2001.

David A. Branch, Law Office of David A. Branch, P.C., Washington, DC, for appellant. Stephen M. Schenning, United States Attorney, Nadira Clarke, Assistant United States Attorney, Baltimore, MD, for appellee.

Before WILKINS, NIEMEYER, and GREGORY, Circuit Judges.

PER CURIAM.

David Ward appeals the district court's order dismissing his civil action alleging employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Ward v. Summers,* No. CA–00–258–JFM (D.Md. Oct. 26, 2000); *see also Cook v. CSX Transp. Corp.,* 988 F.2d 507, 511 (4th Cir.1993) (stating standard for reviewing claim of discriminatory disparate treatment). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*